CAROLINA CENTRAL RAILWAY CO. v. COMMISSIONERS OF RICHMOND COUNTY.

(Same *syllabus* as in the next preceding case of *Wade* v. *The Commissioners of Craven*, which is cited and approved.)

This was an APPEAL from the decision of the defendant, the Board of Commissioners of Richmond county, heard before

his Honor, Judge *Buxton*, at Fall Term, 1875, of the Superior Court of RICHMOND county.

As the case was decided in this court upon a question of law, it is unnecessary to report the facts.

The ground upon which the appeal was based was, an excessive valuation of the property of the plaintiff for taxation. No error in matter of law was alleged as ground for the appeal.

Upon the hearing, his Honor, upon motion of the defendant's counsel, dismissed the proceeding on the ground that the court had no jurisdiction thereof. From this judgment the plaintiff appealed.

*Steele & Walker*, *Strange* and *Busbee & Busbee*, for the appellant.

*Shaw* and *Hinsdale*, contra.

SETTLE, J. The only points presented by this record are decided in *Wade* v. *Commissioners of Craven county*, at this term.

We refer to that decision for the reasons which induce us to declare, that the judgment of his Honor in this case is affirmed.

PER CURIAM.                         Judgment affirmed.